IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1199-AP

DONALD SUNDGREN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
CHRIS R. NOEL
3000 Pearl Street, Suite 105
PO Box 19066
Boulder, Colorado 80308-2066
Telephone: (303) 449-6503
Fax: (720) 214-1836
e-mail: chrisnoel@noelaw.com

<u>For Defendant</u>:
THOMAS H. KRAUS
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-0017
Fax: (303) 844-0770

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
e-mail: tom.kraus@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

   A.  **Date Complaint Was Filed:**  6/30/05

   B.  **Date Complaint Was Served on U.S. Attorney's Office:**  7/7/05

   C.  **Date Answer and Administrative Record Were Filed:**  8/30/05

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** Although counsel has undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be vouchsafe until after Plaintiff's Opening Brief is filed.

**Defendant states:**  There are no issues with the accuracy or completeness of the administrative record.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:** see Plaintiff's statement in Paragraph 4, above.

**Defendant states:**  None anticipated.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7.  OTHER MATTERS**

None.

**8.  PROPOSED BRIEFING SCHEDULE**

    **A.  Plaintiff's Opening Brief Due:** 10/11/05

    **B.  Defendant's Response Brief Due:** 11/21/05

    **C.  Plaintiff's Reply Brief Due:** 12/01/05

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiff's Statement:** Oral Argument is requested only to clarify any outstanding issues, and at the Court's behest.

    **B.  Defendant's Statement:** Oral Argument not requested.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.  ( X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.  ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 1st day of September, 2005.

BY THE COURT:

**S/JOHN L. KANE**
U.S. DISTRICT COURT JUDGE

APPROVED:

| | UNITED STATES ATTORNEY |
|---|---|
| /s/Chris R. Noel<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>PO Box 19066<br>Boulder, Colorado 80308-2066<br>Telephone: (303) 449-6503<br>e mail: chrisnoel@noelaw.com<br><br>Attorney for Plaintiff Donald Sundgren | s/Thomas H. Kraus<br>By: Thomas H. Kraus<br>    Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0017<br><br>*Street Address:*<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado  80202<br>Telephone: (303) 454-0100<br>e-mail: tom.kraus@ssa.gov<br><br>Attorney for Defendant(s) |