IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  05-cv-01199-LTB

DONALD SUNDGREN,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner Social Security,

        Defendant.
_____

ORDER
_____

This matter is before me on Plaintiff's Unopposed Motion Pursuant to Fed. R. Civ. P. 60(b) for Attorney Fees Under 42 U.S.C. § 406(b)  [**Doc # 23**], in which Plaintiff seeks an order for payment of attorney fees out of his award of back due benefits in the amount of $8,625.00. *See generally McGraw v. Barnhart,* 450 F.3d 493, 505 (10th Cir. 2006).  Defendant has no objections to the relief requested.

THEREFORE,  it is hereby ORDERED that Plaintiff's Unopposed Motion Pursuant to Fed. R. Civ. P. 60(b) for Attorney Fees under 42 U.S.C. § 406(b)  [**Doc # 23**], is GRANTED and, as such, Plaintiff's counsel is AWARDED $8,625.00, for reasonable attorney fees under 42 U.S.C. § 406(b),  judgment to enter accordingly.

Dated:  March   7   , 2007 in Denver, Colorado.

                                      BY THE COURT:

                                         s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge